IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEVEN L. MARSHALL
ADC #104655                                                                                          PLAINTIFF

V.                              5:06CV00300 SWW/JTR

DR. CONNIE HUBBARD, Varner Unit,
Arkansas Department of Correction, et al.                                                DEFENDANTS

# ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Pursuant to the screening function mandated by 28 U.S.C. § 1915A, Defendant Max Mobley is DISMISSED, WITH PREJUDICE, because Plaintiff has failed to state a viable § 1983 claim against him.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

3. The Clerk is directed to prepare a summons for Defendants Hubbard, Alexander, Lytle, McCarthy, and Shelaat, and the United States Marshal is directed to serve a summons, the Complaint (docket entry #2), the Amended Complaint (docket entry #5), and this Order upon those

five Defendants, through the Humphries and Lewis law firm, without prepayment of fees and costs or security therefor.[1]

Dated this 5th day of January, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] If any of the Defendants are no longer CMS employees, the Humphries and Lewis law firm shall file, with the return of unexecuted service, a **SEALED** Statement providing the last known private mailing address for the unserved Defendant.