IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEVEN L. MARSHALL
ADC #104655                                                                                           PLAINTIFF

V.                                              5:06CV00300 SWW/JTR

DR. CONNIE HUBBARD, Varner Unit,
Arkansas Department of Correction, et al.                                        DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDED PARTIAL DISPOSITION

### INSTRUCTIONS

The following recommended partial disposition has been sent to United States District Judge Susan Webber Wright. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Clerk no later than eleven (11) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the United States District Judge, you must, at the same time that you file your written objections, include a "Statement of Necessity" that sets forth the following:

1.     Why the record made before the Magistrate Judge is inadequate.

2.  Why the evidence to be proffered at the requested hearing before the United States District Judge was not offered at the hearing before the Magistrate Judge.

3.  An offer of proof setting forth the details of any testimony or other evidence (including copies of any documents) desired to be introduced at the requested hearing before the United States District Judge.

From this submission, the United States District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite 402
> Little Rock, AR 72201-3325

## I. Discussion

Plaintiff, who is currently incarcerated at the Maximum Security Unit of the Arkansas Department of Correction, has commenced this *pro se* § 1983 action alleging that Defendants denied him adequate medical care for an injured wrist. *See* docket entries #2 and #5. The Court has previously granted him permission to proceed *in forma pauperis*. *See* docket entry #3.

On February 8, 2007, service upon separate Defendant Dr. Shelaat was returned unexecuted because he ceased working for Correctional Medical Services in 2004 and returned to India. *See* docket entries #13 and #21. The United States Marshals cannot serve a Defendant residing in a foreign country. Accordingly, the Court recommends that Defendant Shelaat be dismissed, without prejudice, due to a lack of service.

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1.        Separate Defendant Dr. Shelaat be DISMISSED, WITHOUT PREJUDICE, due to a lack of service.

2.        The Court CERTIFY, pursuant to 28 U.S.C. § 1915A, that an *in forma pauperis* appeal from any Order adopting this Recommended Partial Disposition would not be taken in good faith.

Dated this 21st day of February, 2007.

_____
UNITED STATES MAGISTRATE JUDGE