# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

STEVEN L. MARSHALL
ADC #104655                                                                                    PLAINTIFF

V.                                          5:06CV00300 JTR

DR. CONNIE HUBBARD, Varner Unit,
Arkansas Department of Correction, et al.                                                      DEFENDANTS

## ORDER OF PARTIAL DISMISSAL

Plaintiff, who is currently incarcerated at the East Arkansas Regional Unit of the Arkansas Department of Correction, has commenced this *pro se* § 1983 action alleging that Defendants Hubbard, Alexander, Lytle, McCarthy, and Shelaat denied him adequate medical care for an injured wrist. *See* docket entries #2 and #5. For the reasons set forth herein, the Court will dismiss separate Defendant Shelaat, without prejudice.

The Court has previously entered Orders granting Plaintiff permission to proceed *in forma pauperis* and directing service upon Defendants. *See* docket entries #3 and #8. On February 8, 2007, service upon separate Defendant Shelaat was returned unexecuted because he ceased working for Correctional Medical Services in 2004 and returned to India. *See* docket entries #13 and #21. Accordingly, on February 21, 2007, the Court issued a Partial Recommended Disposition suggesting that Defendant Shelaat be dismissed, without prejudice, because the U.S. Marshals cannot serve a Defendant residing in a foreign country. *See* docket entry #28. However, the parties consented to proceed before a United States Magistrate before United States District Judge Susan Webber Wright ruled on that Partial Recommended Disposition. *See* docket entry #33.

IT IS THEREFORE ORDERED THAT:

1. The February 21, 2007 Partial Recommended Disposition (docket entry #28) is VACATED, AS MOOT.

2. Defendant Shelaat is hereby DISMISSED, WITHOUT PREJUDICE, due to a lack of service.

3. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915A, that an *in forma pauperis* appeal from this Order of Partial Dismissal would not be taken in good faith.

Dated this 25th day of April, 2007.

_____
UNITED STATES MAGISTRATE JUDGE