**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

STEVEN L. MARSHALL
ADC #104655                                                                                    PLAINTIFF


V.                                        5:06CV00300 JMM/JTR


DR. CONNIE HUBBARD, Varner Unit,
Arkansas Department of Correction, et al.                               DEFENDANTS


**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections.  After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      The Motion to Dismiss filed by Defendants Alexander, Hubbard, and McCarty (docket entry #19) is GRANTED such that Defendants Alexander and McCarty are DISMISSED, WITH PREJUDICE (because Plaintiff has failed to state viable § 1983 claims against them), and DENIED in all other respects.

2.      The Court CERTIFIES, pursuant to 28 U.S.C. § 1915A, that an *in forma pauperis* appeal from this Order would not be taken in good faith.

3.      Defendant Lytle's Motion to Dismiss (docket entry #37) is DENIED.

4.      Plaintiff shall proceed with his inadequate medical care claims against Defendants

Hubbard and Lytle.

   5.  Pursuant to Fed. R. Civ. P. 12(a)(4), Defendants Hubbard and Lytle shall file Answers within ten days of the entry of this Order.

   Dated this 4th day of June, 2007.

                                 UNITED STATES DISTRICT JUDGE