IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEVEN L. MARSHALL
ADC #104655                                                                                           PLAINTIFF

V.                                          5:06CV00300 JMM/JTR

CONNIE HUBBARD, Varner Unit,
Arkansas Department of Correction;
and DR. JOHN O. LYTLE,
Jefferson Regional Medical Center                                                              DEFENDANTS

## ORDER OF DISMISSAL

Plaintiff, who is currently confined at the East Arkansas Regional Unit of the Arkansas Department of Correction, has commenced this *pro se* § 1983 action alleging that Defendants Connie Hubbard and Dr. John O. Lytle have failed to provide him with adequate medical care.[1]  *See* docket entries #2 and #5.  On September 25, 2007, the Court entered an Order giving Plaintiff thirty days to file Responses to Defendants' Motions for Summary Judgment.  *See* docket entry #87. Importantly, the Court advised Plaintiff that the failure to timely and properly do so would result in the dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2).[2]  *Id.*  As of the date

---

[1]  All other claims and Defendants have been previously dismissed from this action.  *See* docket entries #6, #8, #44, #60, #62, #68, and #70.

[2]  Local Rule 5.5(c)(2) provides that: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. <u>If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.</u> Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."  (Emphasis added.)

of this Order of Dismissal, Plaintiff has failed to comply with the Court's September 25, 2007 Order, and the time for doing so has expired.

      IT IS THEREFORE ORDERED THAT:

      1.     Pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's September 25, 2007 Order (docket entry #87).

      2.     The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order of Dismissal and the accompanying Judgment would not be taken in good faith.

      Dated this 5th day of November, 2007.

                                      /s/ James M. Moody
                                      UNITED STATES DISTRICT JUDGE