**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

STEVEN L. MARSHALL
ADC #104655                                                                                           PLAINTIFF

V.                                       5:06CV00300 JMM/JTR

CONNIE HUBBARD, Varner Unit,
Arkansas Department of Correction;
and DR. JOHN O. LYTLE,
Jefferson Regional Medical Center                                                       DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's September 25, 2007 Order.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

DATED this 5th day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE